## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                                  Plaintiff,<br><br>vs.<br><br>CLAUDIA PEREYRA (1),<br><br>                                  Defendant. | Case No. 20-cr-03567-BAS<br><br>JUDGMENT OF DISMISSAL |
|---|---|

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

21:952, 960; 18:2 - Importation of Methamphetamine (felony); Aiding and Abetting (Felony)

Dated: 4/2/2021

*Barbara F. Major*

Hon. Barbara Lynn Major
United States Magistrate Judge